**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Tiara Avaness (SBN 343928)
*tavaness@clarksonlawfirm.com*
Valter Malkhasyan (SBN 348491)
*vmalkhasyan@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Counsel for Plaintiff and the Proposed Classes*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.M., individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>MARINHEALTH MEDICAL GROUP, INC.<br><br>        Defendant. | Case No.: 23-cv-04179-WHO<br><br>CLASS ACTION<br><br>*Assigned to Hon. William H. Orrick*<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY THE BRIEFING SCHEDULE RE: DEFENDANT MARINHEALTH MEDICAL GROUP, INC.'S MOTION TO DISMISS CLAIMS 6-9 OF THE COMPLAINT**<br><br>*[Proposed Order filed concurrently herewith]*<br><br>Complaint Filed: August 16, 2023<br>Trial Date: None |

Through their undersigned counsel, Plaintiff C.M. ("**Plaintiff**") and Defendant MarinHealth Medical Group, Inc. ("**Defendant**") (collectively the "**Parties**") jointly request that the Court modify the briefing schedule on Defendant's Motion to Dismiss (DKT. No. 22). In support of their stipulated request, the counsel for the Parties declare as follows:

1. WHEREAS, On November 7, 2023, Defendant filed its Motion to Dismiss Plaintiff's Claims 6-9 (DKT. 22), which is set for hearing on January 17, 2023, before the Honorable William H. Orrick;

2. WHEREAS, pursuant to Local Rule 7-3(a), Plaintiff's Opposition to Defendant's Motion is currently due on November 21, 2023;

3. WHEREAS, pursuant to Local Rule 7-3(c), Defendant's Reply Brief in support of its Motion is currently due on November 28, 2023;

4. WHEREAS, on November 8, 2023, Plaintiff's counsel conferred with Defense counsel, requesting a three (3) week extension in time to file Plaintiff's Opposition to the Motion to Dismiss due to scheduling conflicts. Defendant's counsel agreed to Plaintiff's extension request.

5. The requested extension will not prejudice either party.

**NOW, THEREFORE**, the Parties hereby jointly stipulate that the Court approve the Parties' proposed briefing schedule associated with Defendant's Motion, as follows:

a. Plaintiff's Opposition to Defendant's Motion to Dismiss shall be filed on or before December 12, 2023; and

b. Defendant's Reply in Support of its Motion to Dismiss shall be filed on or before December 28, 2023.

c. The hearing on Motion to Dismiss currently set for January 17, 2024, shall remain unchanged.

**IT IS SO STIPULATED.**

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY THE BRIEFING SCHEDULE RE: DEFENDANT MARINHEALTH MEDICAL GROUP, INC.'S MOTION TO DISMISS CLAIMS 6-9 OF THE COMPLAINT

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050   F: (213) 788-4070 | clarksonlawfirm.com

DATED: November 14, 2023          **CLARKSON LAW FIRM, P.C.**

*/s/ Yana Hart*
Yana Hart, Esq.
Ryan Clarkson, Esq.
Tiara Avaness, Esq.
Valter Malkhasyan, Esq.

DATED: November 14, 2023          **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

*/s/ David Yudelson*
David Yudelson, Esq.
Sydney Wright, Esq.
Catlyn Wiegand, Esq.
Samuel Park, Esq.

2

Clarkson Law Firm, P.C.  |  22525 Pacific Coast Highway, Malibu, CA 90265  |  P: (213) 788-4050  F: (213) 788-4070  |  clarksonlawfirm.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Clarkson Law Firm, P.C.  |  22525 Pacific Coast Highway, Malibu, CA 90265  |  P: (213) 788-4050   F: (213) 788-4070  |  clarksonlawfirm.com

### ATTESTATION UNDER LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 14, 2023                    **CLARKSON LAW FIRM, P.C.**

_/s/ Yana Hart_

3

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY THE BRIEFING SCHEDULE
RE: DEFENDANT MARINHEALTH MEDICAL GROUP, INC.'S MOTION TO DISMISS CLAIMS
6-9 OF THE COMPLAINT

# [~~PROPOSED~~] ORDER

The Court having reviewed and considered the Parties' Joint Stipulation to (1) Modify Briefing Schedule on Defendant's Motion to Dismiss, and good cause appearing, hereby grants the Joint Stipulation as follows:

   a. Plaintiff's Opposition to Defendant's Motion to Dismiss shall be filed on or before December 12, 2023; and

   b. Defendant's Reply in Support of its Motion to Dismiss shall be filed on or before December 28, 2023.

   c. The hearing on Motion to Dismiss currently set for January 17, 2024, shall remain unchanged.

**IT IS SO ORDERED.**

DATE: November 14, 2023



William H. Orrick
United Stated District Judge

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY THE BRIEFING SCHEDULE RE: DEFENDANT MARINHEALTH MEDICAL GROUP, INC.'S MOTION TO DISMISS CLAIMS 6-9 OF THE COMPLAINT

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050   F: (213) 788-4070 | clarksonlawfirm.com