| | |
|---|---|
| **CLARKSON LAW FIRM, P.C.**<br>Ryan J. Clarkson (SBN 257074)<br>*rclarkson@clarksonlawfirm.com*<br>Yana Hart (SBN 306499)<br>*yhart@clarksonlawfirm.com*<br>Tiara Avaness (SBN 343928)<br>*tavaness@clarksonlawfirm.com*<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Tel: (213) 788-4050<br>Fax: (213) 788-4070<br><br>**ALMEIDA LAW GROUP LLC**<br>John R. Parker, Jr. (SBN 257761)<br>*jrparker@almeidalawgroup.com*<br>Matthew J. Langley (SBN 342846)<br>*matt@almeidalawgroup.com*<br>3550 Watt Avenue, Suite 140<br>Sacramento, CA 95821<br>Tel: (916) 616-2936<br><br>*Counsel for Plaintiff and the Proposed Classes* | **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**<br>David A. Yudelson (SBN 325316)<br>*dyudelson@constangy.com*<br>Sydney M. Wright (SBN 327622)<br>*smwright@constangy.com*<br>2029 Century Park East, Suite 1100<br>Los Angeles, CA 90067<br>Tel: (310) 909-7775<br><br>*Counsel for Defendant MarinHealth Medical Center* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.M., individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MARINHEALTH MEDICAL CENTER,<br><br>　　　　　Defendant. | Case No.: 3:23-cv-04179-WHO<br><br>*Assigned to Hon. William H. Orrick*<br><br>**JOINT STIPULATION TO STAY CASE AND NOTICE OF SETTLEMENT**<br><br>Complaint Filed:　August 16, 2023<br>FAC Filed:　　　March 21, 2024<br>Trial Date:　　　August 3, 2026 |

JOINT STIPULATION TO STAY CASE AND NOTICE OF SETTLEMENT

Plaintiff C.M. ("**Plaintiff**") and Defendant MarinHealth Medical Center ("**Defendant**," and together with Plaintiff, the "**Parties**") by and through their respective counsel, jointly request that the Court stay this action for nine (9) months pending settlement finalization and approval and hereby stipulate:

WHEREAS, on August 16, 2023, Plaintiff C.M. filed their original Complaint against MarinHealth Medical Group, Inc.;

WHEREAS, on March 21, 2024, Plaintiff C.M. filed their First Amended Complaint to include Defendant, MarinHealth Medical Center;

WHEREAS, on March 7, 2024, the related action was filed in Marin County Superior Court titled *John Doe 1 and John Doe II v Marin Health Medical Center*, Marin County Superior Court Case No. CV0002218 ("*Doe Action*") which involves the same subject matter and substantially similar questions of law and fact;

WHEREAS, on October 8, 2024, the Parties, along with Plaintiffs in the *Doe Action*, attended a global mediation with mediator, Hon. Wayne R. Andersen (Ret.), where Parties in this instant action and the *Doe Action* reached a settlement in principle on a class wide basis (the "Settlement");

WHEREAS, Defendant is a California entity transacting in California and more than two-thirds of the class are residents of California;

WHEREAS, Plaintiffs in the *Doe Action* will file an amended complaint to include Plaintiff, C.M. and shortly thereafter Plaintiffs will file a Motion for Preliminary Approval of Class Action Settlement in the *Doe Action*;

WHEREAS, the Parties have further met and conferred and believe that a stay of the proceedings before this Court for nine (9) months pending completion of the settlement documents, and filing and resolution of a motion for preliminary approval of the nationwide class settlement in the *Doe Action* would conserve the resources of the Parties and serve the interests of judicial economy;

1  WHEREAS, although the terms of the proposed settlement will remain confidential until the
2  preliminary approval motion is filed in *Doe Action*, the Parties are prepared to update the Court
3  regarding the terms of the settlement in principle in the interim should the Court desire them to do
4  so;

5  WHEREAS, following grant of preliminary approval in the *Doe Action*, the Parties will so
6  inform this Court and, if necessary, will seek a further stay of the present action pending completion
7  of the final settlement approval process in *Doe Action*;

8  THEREFORE, for good cause shown, the Parties stipulate and agree, subject to the Court's
9  approval, that this action be temporarily stayed until October 14, 2025, and that all pre-trial and trial
10 deadlines are vacated so the parties may finalize and document the terms of the settlement and file
11 for and obtain preliminary approval of the settlement.

DATED: January 23, 2025                **CLARKSON LAW FIRM, P.C.**

*/s/ Yana Hart*
Yana Hart, Esq.
Ryan Clarkson, Esq.
Tiara Avaness, Esq.

DATED: January 23, 2025                **ALMEIDA LAW GROUP LLC**

*/s/ Matthew Langley*
John R. Parker, Esq.
Matthew Langley, Esq.

DATED: January 23, 2025                **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

*/s/ David Yudelson*
David Yudelson, Esq.
Sydney Wright, Esq.

**ATTESTATION UNDER LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 23, 2025                    **CLARKSON LAW FIRM, P.C.**

                                                                  */s/ Yana Hart*
                                                                  Yana Hart, Esq.

## [PROPOSED] ORDER

The Court having reviewed and considered the Parties' Joint Stipulation to Stay Case and Notice of Settlement, and good cause appearing, hereby orders:

1. The Class Certification and Pre-Trial Schedule deadlines are hereby VACATED.
2. This action is temporarily stayed until October 14, 2025.

**IT IS SO ORDERED.**

DATE: _____                                        _____

                                                                                                              William H. Orrick

                                                                                                              United Stated District Judge