UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. M.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARINHEALTH MEDICAL GROUP, INC., et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-04179-WHO<br><br>**ORDER GRANTING STIPULATION; REQUIRING IN CAMERA SUBMISSION OF SETTLEMENT TERMS**<br><br>Re: Dkt. No. 46 |

　　Pursuant to the parties' stipulation, Dkt. No. 46, this action is temporarily stayed until October 14, 2025. All pre-trial and trial deadlines are vacated so the parties may finalize and document the terms of the settlement and file for and obtain preliminary approval of the settlement in the *Doe* action pending in the Superior Court of Marin County.

　　Although the terms of the proposed settlement will remain confidential until the preliminary approval motion is filed in the *Doe* action, the Parties shall provide an update to me regarding the terms of the settlement in principle. That update shall be submitted *in camera*, either by mail or by emailing an electronic copy to WHOcrd@cand.uscourts.gov. When the parties file their motion for preliminary approval in the *Doe* action in Superior Court, they shall serve courtesy copies on me by mail or by emailing electronic copies to WHOcrd@cand.uscourts.gov.

　　**IT IS SO ORDERED.**

Dated: January 24, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　William H. Orrick
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge